# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2019

November 26, 2019

**By ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Ferdinand Camacho
           17 Cr. 608 (VM)

Dear Judge Marrero:

    I am the attorney for Ferdinand Camacho, the defendant in the above-referenced matter. This letter is respectfully submitted, without objection from the government, to request an extension of the deadline for filing sentencing submissions in this case to December 2, 2019.

    Mr. Camacho's sentencing is scheduled for December 6, 2019. Per the Court's rules, all sentencing submissions and replies must be submitted five days prior to the date of sentence. I respectfully seek to extend that deadline to December 2, 2019 because I am awaiting the receipt of information that is important to Mr. Camacho's sentencing submission. I scheduled a visit to meet with Mr. Camacho today at the MCC to gather some of this information, but due to the long wait time I had to leave before conducting my visit. I am unable to see Mr. Camacho until this Friday, and therefore need additional time to meet with my client before finalizing his sentencing submission.

Hon. Victor Marrero
November 26, 2019
Page Two

    My office has conferred with the attorney for the government, Jacob Warren, who has no objection to this request.

    Accordingly, it is respectfully requested that the deadline for sentencing submissions be extended to December 2, 2019.

    If the Court has any questions regarding this application, please contact my office.

Respectfully submitted,

David Stern

cc: AUSA Jacob Warren (ECF)
    AUSA Michael Longyear (ECF)

**SO ORDERED.** Request GRANTED. The time for defendant to submit a sentencing memorandum herein is extended to 12-2-19.

DATE 11-26-19   VICTOR MARRERO, U.S.D.J.