USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 17, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :
        -against-                  :        **17 CR 608 (VM)**
                                   :            **ORDER**
FERDINAND CAMACHO,                 :
                                   :
                Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The Clerk of Court is respectfully directed to update Defendant Ferdinand Camacho's address to:

        Ferdinand Camacho #79355-054
        U.S.P. McCreary
        U.S. Penitentiary
        P.O. Box 3000
        Pine Knot, KY 42635

    The Clerk of Court is further directed to mail a copy of the attached Order to the defendant.

**SO ORDERED.**

Dated:    New York, New York
          17 February 2021

                                                    Victor Marrero
                                                    U.S.D.J.

DEC-07-2020

Reg#79355-054 / DOCKET# 02081:17 CR00608-001 VM
From: Ferdinand Camacho
c/o - Metropolitan-Detention-Center
P.O. Box 329002
Brooklyn, New York 11232

To: UNITED STATES District Court
For the Southern District of New York
Prepared For Honorable Victor, Marrero
Senior U.S. District Judge.

Your Honorable with all due respect
I Ferdinand Camacho coming to your Honor and the Court
with the most respect during these heinous time seeking
mercy to please grand me the help to hire and Assing
Mr. Daving stern, Esq. as my Attorney For him to
represent me on mottion for Compasionate Realease.
do to my financially unable to obtain adequate -
representation to have counsel appointed
Thank you, your Honor Victor, Marrero.
May god Bless you and all of us.

Respectfully
F. CAMACHO



Ferdinand Camacho Reg#79355-054
Federal Bureau of Prisons
M.D.C. Brooklyn
80-29th Street
Brooklyn, N.Y. 11232

NEW YORK NY 100
11 DEC 2020 PM 13 L

To: Honorable: VICTOR.MARRERO/Senior U.S. District Judge
UNITED STATES District Court/The Southern District of NewYork
500 Pearl STREET
NewYork, NewYork 10007

10007-131608

Defendant Camacho is hereby directed to submit to the Court further details as to his reasons for seeking compassionate release as well as whether he has exhausted his administrative remedies.

**SO ORDERED.**

January 12, 2021

DATE

VICTOR MARRERO, U.S.D.J.