USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022

ROTHMAN, SCHNEIDER, SOLOWAY & STERN
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  

Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

> **Request GRANTED.**
> The requested payment for 23.5 associate hours at the rate of $90 per hour is approved.
>
> **SO ORDERED.**
> 6/6/2022
> DATE — VICTOR MARRERO, U.S.D.J.

**VIA ECF**

Hon. Victor Marrero  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

    Re: United States v. Ferdinand Camacho  
        17 Cr. 608 (VM)

Dear Judge Marrero:

    I represented Mr. Ferdinand Camacho in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 23.5 hours, nunc pro tunc to May 23, 2019, assisting me in this matter. Much of that time involved reviewing medical records, writing letters and work on the sentencing submission, and communication with my client's family. None of Ms. Perillo's work was duplicative.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Camacho in this matter. Thank you very much.

                                      Sincerely,

                                      *David Stern*

                                      David Stern

DS/sc